UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
NAGY EDRISSE,

Plaintiff,

-against-

09 Civ. 5141 (LAK)

MARRIOTT INTERNATIONAL, INC., et al.,

Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

Plaintiff moves to compel the production of documents and a telephonic deposition of a former employee of one of the defendants.

Defendants' response is notably for its failure to engage with the substance of plaintiff's contentions. They offer no material argument for denying plaintiff the relief he seeks save to the extent that their contention that plaintiff waited too long to seek the discovery is persuasive as to the requested deposition.

Plaintiff's motion [DI 24] is granted to the extent that defendants' shall produce the documents requested in the Bierman declaration no later than April 19, 2010 and denied in all other respects. The joint pretrial order and any motion for summary judgment shall be filed no later than April 15, 2010.

SO ORDERED.

Dated: April 5, 2010

Lewis A. Kaplan
United States District Judge

SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED #: 4/5/10